SEISMOGRAPH SERVICE CORP. *v.* MONAGHAN, CHAIRMAN, STATE TAX COMMISSION.

No. 265. Decided October 26, 1959.

*Donald C. Beelar* for appellant.

*John E. Stone* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.